**Order entered April 22, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00372-CV**

**IN RE DOWNTOWN MCKINNEY PARTNERS, LLC, Relator**

**Original Proceeding from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-03474-2020**

**ORDER**
Before Justices Myers, Nowell, and Goldstein

Before the Court is relator's April 21, 2022 petition for writ of mandamus and request for immediate and temporary relief. We **GRANT** relator's request to the extent that we **STAY** the trial court's April 21, 2022 order granting real party in interest's motion to expunge the notice of lis pendens. The stay shall remain in effect pending resolution of this original proceeding.

We request that real party and respondent file a response, if any, to the petition for writ of mandamus by **May 12, 2022**.

/s/     LANA MYERS
       JUSTICE